**BENDAU & BENDAU PLLC**
Clifford P. Bendau, II (AZ Bar No. 030204)
Christopher J. Bendau (AZ Bar No. 032981)
P.O. Box 97066
Phoenix, Arizona 85060
Telephone: (480) 382-5176
Fax: (480) 304-3805
Email: cliffordbendau@bendaulaw.com
          chris@bendaulaw.com
*Attorneys for Plaintiffs*

**FARLEY, ROBINSON & LARSEN**
Gregory A. Robinson (AZ Bar No. 003100)
6040 N. 7th St., Ste. 300
Phoenix, AZ 85014
Telephone: (602) 265-6666
Fax: (602) 264-5116
E-mail: us@lawfrl.com
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| **Nicole Wasilishin** and **Felicia Hunt**, individually, and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> **We Begg to Differ LLC**, an Arizona Limited Liability Company, **We Begg to Differ DC Ranch LLC**, an Arizona Limited Liability Company, **We Begg to Differ Mercado LLC**, an Arizona Limited Liability Company, **We Begg to Differ Watermark LLC**, an Arizona Limited Liability Company, and **Prokopios Verros and Jane Doe Verros**, a married couple, <br><br> Defendants. | No. 2:18-cv-03328-SMB <br><br> **NOTICE OF SETTLEMENT AND STIPULATION TO DISMISS CASE WITH PREJUDICE** |

The parties, by and through undersigned counsel, hereby submit this Notice of

Settlement to notify the Court that the parties have reached an agreement to settle this

matter.  Therefore, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs,

Nicole Wasilishin and Felicia Hunt, and Defendants, We Begg to Differ LLC, We Begg to Differ DC Ranch LLC, We Begg to Differ Mercado LLC, We Begg to Differ Watermark LLC, and Prokopios Verros and Jane Doe Verros, by and through undersigned counsel, hereby stipulate to the dismissal of Plaintiff's claims, with prejudice, each party to bear its own attorneys' fees and costs.

RESPECTFULLY SUBMITTED this 25th Day of February 2019.

THE BENDAU LAW FIRM PLLC

/s/    *Clifford P. Bendau, II*
Clifford P. Bendau, II
Attorney for Plaintiff

FARLEY, ROBINSON & LARSEN

/s/    *Gregory Robinson*
Gregory Robinson
Attorney for Plaintiffs

BENDAU & BENDAU PLLC
P.O. Box 97066
Phoenix, AZ 85060

**<u>Certificate of Service</u>**

I certify that on this 25th day of February, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to all parties and counsel of record by operation of the Court's electronic filing system. The Parties may access this filing through the Court system.


/s/      *Clifford P. Bendau, II*