IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Nicole Wasilishin, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>We Begg to Differ LLC, et al.,<br><br>Defendants. | No. CV-18-03328-PHX-SMB<br><br>**ORDER GRANTING NOTICE OF SETTLEMENT AND STIPULATION TO DISMISS CASE WITH PREJUDICE** |

The Court having reviewed the parties' Notice of Settlement and Stipulation to Dismiss with Prejudice (Doc. 30), and good cause appearing,

**IT IS HEREBY ORDERED** dismissing the case with prejudice, each party to bear its own attorneys' fees and costs.

**IT IS FURTHER ORDERED** directing the Clerk of Court to terminate this action.

Dated this 27th day of February, 2019.

_____
Honorable Susan M. Brnovich
United States District Judge